Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Fax: (503) 751-2071

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| SUSANNE FRANK, | Case No.: 3:19-cv-01510-YY |
| **Plaintiff,** | STIPULATED ORDER OF DISMISSAL |
| v. | |
| STANDARD INSURANCE COMPANY, | |
| **Defendant.** | |

Based upon the stipulation of the parties that the above-entitled matter has been resolved, IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled case is hereby dismissed with prejudice and without cost or fees, as to all parties.

/s/ Youlee Yim You
_____
United States Magistrate Judge

November 12, 2019
_____
Date

/ /

**Stipulated Order of Dismissal - Page 1 of 2**

Megan E. Glor
Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212
(505) 223-7400

DATED:  November 12, 2019

IT IS SO STIPULATED:

| | |
|---|---|
| s/ John C. Shaw | s/ Brian K. Weeks |
| John C. Shaw, OSB No. 065086 | Brian K. Weeks, OSB No. 061366 |
| john@meganglor.com | brian.weeks@standard.com |
| Megan E. Glor | The Standard |
| Attorneys at Law, PC | Standard Insurance Company |
| 707 NE Knott Street, Suite 101 | 900 SW Fifth Avenue |
| Portland, OR, 97212 | Portland, OR 97204 |
| Telephone: (503) 223-7400 | Telephone:  (971) 321-3708 |
| Fax: (503) 751-2071 | |
| | |
| Of Attorneys for Plaintiff Susanne Frank | Of Attorneys for Defendant Standard Insurance Company |

**Stipulated Order of Dismissal - Page 2 of 2**

Megan E. Glor
Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212
(505) 223-7400